Generated: Nov 19, 2025 9:49AM

Page 1/1



# U.S. Bankruptcy Court

## Mississippi Southern Bankruptcy - Gulfport

Receipt Date: Nov 19, 2025 9:49AM

Alice Hall

| Rcpt. No: 60000817 | | Trans. Date: Nov 19, 2025 9:49AM | | Cashier ID: #JD (3652) | |
|---|---|---|---|---|---|
| CD | Transaction | Case/Party/Defendant | Qty | Price | Amt |
| EPF | ELECTRONIC PRINT | | 3 | 0.10 | 0.30 |

| CD | Tender | | Amt |
|---|---|---|---|
| CA | CASH | | $0.30 |
| | | Total Due Prior to Payment: | $0.30 |
| | | Total Tendered: | $0.30 |
| | | Total Cash Received: | $0.30 |
| | | Cash Change Amount: | $0.00 |

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.